In the Matter of SUZANNE AVERY et al., Appellants, v SANDRA A. AERY, as Assessor of the Town of Harrietstown, et al., Respondents, et al., Respondents.

Submitted April 27, 2009; decided June 24, 2009

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of CLAUDIA CHILDS, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted May 4, 2009; decided June 24, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SHAWN GREEN, Appellant, v KEITH DUBRAY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted May 11, 2009; decided June 24, 2009

Motion for reargument denied [*see* 12 NY3d 703 (2009)].